FILED

**NOT FOR PUBLICATION**

MAR 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALFREDO MERCADO MORENO, | No. 09-72067 |
| Petitioner, | Agency No. A097-363-055 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Alfredo Mercado Moreno, a native and citizen of Mexico, petitions pro se

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's decision denying his application for cancellation of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal.  We have jurisdiction under 8 U.S.C. § 1252.  We deny the petition for review.

In his opening brief, Mercado Moreno fails to address, and therefore has waived any challenge to, the agency's dispositive determination that he failed to provide credible testimony supporting the continuous physical presence required for cancellation of removal. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

In light of this disposition, we do not reach Mercado Moreno's hardship contentions.

**PETITION FOR REVIEW DENIED.**